SOUTHEAST AIRMOTIVE CORP. v. U. S. FIRE INS. CO.

No. 51P86.

Case below: 78 N.C. App. 418.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. ALLEN

No. 679P85.

Case below: 77 N.C. App. 142.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. ALLEN

No. 140A86.

Case below: 79 N.C. App. 280.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 21 March 1986.

STATE v. BARFIELD

No. 658P85.

Case below: 77 N.C. App. 459.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.

STATE v. CARLOS

No. 611P85.

Case below: 76 N.C. App. 543.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 March 1986.